## Case No. 4,774.

FIELDEN et al. v. LAWRENCE.

[3 Blatchf. 120.][1]

Circuit Court, S. D. New York. Dec., 1853.

THE COURT held: 1. That if the protest might have amounted to notice of dissatisfaction with the appraisement, within the meaning of section 17 of the act of August 30, 1842 (5 Stat. 564), had the letter been delivered without qualification, yet the assertion of the plaintiffs, at the same time, to the collector, that they did not ask a re-appraisement, took from it that effect.

2. That a re-appraisement being at the expense of the importer, the plaintiffs were bound to offer the appraisers' fees, &c., in order to put the collector in the wrong for not ordering one; and that, as the plaintiffs did not take legal means to entitle themselves to a re-appraisal, the one made by the official appraisers was conclusive against them as to value.

3. That the protest did not comply with the requirements of the act of February 26, 1845 (5 Stat. 727), because it did not set forth, distinctly and specifically, the omission of the collector to order a re-appraisement, or that the appraisers valued the iron at the time of shipment and not at the time of purchase, as grounds of objection to the payment of the duties imposed; and that, therefore, the plaintiffs were not now entitled to raise those objections.

Judgment for defendant.